Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 6989 | DATE | 11/14/2000 |
| CASE TITLE | Patrick Leliendal vs. Chicago Police Dept., et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. This Court sua sponte denies Liliendal's Application seeking in forma pauperis treatment, and it dismisses this action without prejudice.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | |
|---|---|---|---|
| | No notices required. | | number of notices |
| | Notices mailed by judge's staff. | | NOV 15 2000 |
| | Notified counsel by telephone. | | date docketed |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | FILED FOR DOCKETING | docketing deputy initials |
| | Copy to judge/magistrate judge. | 00 NOV 14 PM 3:56 | |
| SN courtroom deputy's initials | | Date/time received in central Clerk's Office | date mailed notice / mailing deputy initials |

Document Number

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PATRICK LELIENDAL, )
)
        Plaintiff, )
)
v. ) No. 00 C 6989
)
CHICAGO POLICE DEPARTMENT, et al., )
)
        Defendants. )

MEMORANDUM OPINION AND ORDER

Patrick Leliendal ("Leliendal") has submitted several self-prepared documents in connection with an attempted claim against the Chicago, Illinois and Lansing, Michigan police departments and Chicago International Hostel:

    1. an Application To Proceed Without Prepayment of Fees ("Application"), using the AO 240 form provided by this District Court's Clerk's Office;

    2. an appearance form, again using a Clerk-provided form; and

    3. a JS-44 Civil Cover Sheet.

What is conspicuously absent from the tendered papers, however, is any <u>complaint</u> by Leliendal against any of those putative defendants.[1] And of course Fed. R. Civ. P. 3 requires such a complaint setting out the claim or claims to be filed by a plaintiff as the express precondition for the commencement of a

---

[1] This is apart from the fact that a police department is not a legal entity capable of being sued.

civil action. Accordingly this Court sua sponte denies Leliendal's Application seeking in forma pauperis treatment, and it dismisses this action without prejudice.

                                  _____
                                  Milton I. Shadur
                                  Senior United States District Judge

Date: November 14, 2000

2